# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2005

129959

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DANIEL HAROLD DONNELLON, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

TONI MARIE VANOVER,
      Respondent-Appellant,

and

DANIEL FRANK DONNELLON,
      Respondent.

SC: 129959
COA: 264744
Oakland CC
Family Division: 03-680948-NA

_____/

     On order of the Court, the application for leave to appeal the September 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2005

_____
Clerk

s1213